IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| MARIA MUÑOZ AND GUSTAVO MUÑOZ | § § § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| BAHRIJA HALIDOVIC AND EURO EXPRESS, LLC | § § § | JURY TRIAL REQUESTED |

**DEFENDANT BAHRIJA HALIDOVIC'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, BAHRIJA HALIDOVIC, file this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, showing the following basis for removal.

### INTRODUCTION

1. Plaintiffs MARIA MUÑOZ and GUSTAVO MUÑOZ filed Plaintiffs' Original Petition against Defendants on October 17, 2016, under Cause No. 16-10-33571-MCVAJA, pending in the 365th Judicial District Court of Maverick County, Texas. Citations upon the Defendants were issued on October 20, 2016.

2. Defendant, BAHRIJA HALIDOVIC was served with Plaintiffs' Original Petition on December 13, 2016.

3. Defendant, EURO EXPRESS, LLC remains unserved as of the filing of this Notice of Removal.

4. This original Notice of Removal is filed within thirty days of service upon Defendant, BAHRIJA HALIDOVIC, the statutory period for removal as required under 28 U.S.C. §1446(b).

## JURISDICTION

5. This court has removal jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1441 and 1446, and based upon diversity of citizenship under 28 U.S.C. §1332. Plaintiffs MARIA MUÑOZ and GUSTAVO MUÑOZ are domiciled in Texas and are citizens of that state. Defendant, BAHRIJA HALIDOVIC is domiciled in Kentucky and therefore a citizen of that state. Thus, there is diversity of citizenship between Plaintiffs and Defendant BAHRIJA HALIDOVIC.

6. Additionally, the amount in controversy is exceeds $75,000, excluding interest and costs consistent with 28 U.S.C. §§1332(a). Plaintiffs MARIA MUÑOZ and GUSTAVO MUÑOZ allege the following elements of damages: past and future reasonable and necessary medical care expenses; past and future loss of wage earning capacity; past and future physical pain and mental anguish; past and future physical impairment; and past and future disfigurement. Therefore, based on information and belief, Plaintiffs are seeking an amount in excess of this court's jurisdictional minimum of $75,000.00, excluding interest and costs.

7. All pleadings, process, orders, and other filings in the state court action in the possession of Defendants are attached to this notice as required by 28 U.S.C. §1446(a).

8. Venue is proper in this district under 28 U.S.C. 1391(b)(2) because the sole basis for Plaintiffs' suit and claim for damages arose from a motor vehicle accident which happened within the city limits of Eagle Pass, Maverick County, Texas.

9. Defendant BAHRIJA HALIDOVIC will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

## JURY DEMAND

10. Defendant BAHRIJA HALIDOVIC hereby makes a demand for a jury trial.

## CONCLUSION

For these reasons, BAHRIJA HALIDOVIC, therefore gives notice of his removal of this lawsuit to this Court, and an automatic stay of further proceedings in state district court.

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

*[signature]*

Robert L. Ramey
Federal I. D. No. 5535
State Bar No. 16498200
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: rlr@ramey-chandler.com
**ATTORNEYS FOR DEFENDANT,
BAHRIJA HALIDOVIC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Bahrija Halidovic's Notice of Removal* has been served upon all counsel of record, in accordance with the rules on this ___4___ day of January, 2017, as follows:

Rey Perez
Rey Perez & Associates, P.C.
8000 IH-10 West, Suite 1035
San Antonio, Texas 78230

*[signature]*

Robert L. Ramey